UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Cockett Marine Oil US, Inc., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | Civil Action No.: 24-cv-640-MN |
| v. | ) | |
| | ) | IN ADMIRALTY |
| Bravo Global Supply LLC, | ) | |
| | ) | |
|    Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Great Lakes Dredge and Dock | ) | |
| Company LLC, et. al., | ) | |
| | ) | |
|    Garnishees. | ) | |

**REQUEST FOR ISSUANCE OF ADDITIONAL
<u>WRIT OF MARITIME ATTACHMENT AND GARNISHMENT</u>**

TO THE CLERK:

Pursuant to this Court's May 30, 2024 Order [Dkt. No. 9], Plaintiff Cockett Marine Oil US, Inc , requests that a further Writ for Maritime Attachment and Garnishment be issued to Garnishee Cashman Dredging and Marine Contracting Co., LLC.

The Court's Order provides that "supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further Order of the Court." [Dkt. No.  at 2].

The proposed writ is included herewith.

YOUNG CONAWAY STARGATT
& TAYLOR LLP

**ADMITTED <i>PRO HAC VICE</i>**

J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230

<i>/s/ Timothy Jay Houseal</i>
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682

32547469.1

Baltimore, Maryland 21030                    thouseal@ycst.com
Telephone:    (410) 783-5795
Facsimile:    (410) 510-1789
jssimms@simmsshowers.com

Counsel to Cockett Marine Oil US, Inc.

Dated: December 19, 2024