UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cockett Marine Oil US, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 24-cv-640-MN ) ) IN ADMIRALTY |
| Bravo Global Supply LLC, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| Great Lakes Dredge and Dock Company LLC, | ) ) ) |
| Wells Fargo, N.A., | ) ) |
| Garnishees. | ) |

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE: CASHMAN DREDGING AND MARINE CONTRACTING CO., LLC**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE.

GREETING:

    WHEREAS, on May 29, 2024, Plaintiff filed a Verified Complaint against Defendant Bravo Global Supply LLC for reasons in said complaint mentioned for the sum of at least **$291,587.06** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

    WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

    NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall

have executed this process, make known to this Court with your certificate of execution thereof written.

                                                WITNESS THE HONORABLE
Judge of said Court, in said District,
this _____ day of _____, 2024.

RANDALL C. LOHAN, CLERK


BY: _____
Deputy Clerk


NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.