
**Driving progress**
through partnership
**Benjamin P. Chapple**
Direct Phone: +1 302 778 7516
Email: bchapple@reedsmith.com

Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

October 31, 2025

**VIA CM/ECF**

The Honorable Eleanor G. Tennyson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:     *Cockett Marine Oil US, LLC v. Bravo Global Supply, LLC,*
        C.A. No. 24-640 (EGT)

Dear Judge Tennyson:

I write on behalf of Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced matter to provide a further update regarding the status of the settlement. Wells Fargo is completing its review of the proposed settlement agreement, and the requested payments to be made, and requires additional time to complete its review. The anticipated timing for the parties and non-party Nalex to finalize a written settlement agreement, and file a stipulation of dismissal with prejudice with the Court was today, October 31, 2025 (D.I. 100), and Wells Fargo respectfully requests a brief extension of that deadline until November 7, 2025.

The parties jointly request that the Court refrain from entering any orders on the pending motions to allow the parties to complete the settlement and dismissal process. Should the parties not file a dismissal with prejudice on or before November 7, 2025, they will instead file a joint status update concerning the status of the settlement.

Counsel is available if the Court has any questions.

Respectfully Submitted,

*/s/ Benjamin P. Chapple*

Benjamin P. Chapple (No. 5871)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON